FILED
HARRISBURG, PA
JUL 22 2019
PER _____
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Kenneth W Duncan Jr

CIVIL CASE NO: 3:19-CV-1271
(to be supplied by Clerk
of the District Court)

(Enter above the full name of
plaintiff in this action)

v.

Only Know Last name Sweeny

(Enter above the full name of
the defendant(s) in this action)

## COMPLAINT

1. The plaintiff __Kenneth W. Duncan Jr__ a citizen of the County of __Cumberland__ State of Pennsylvania, residing at __10 Rich Land Lane Apt 201 Camphill, Pa 17011__ wishes to file a complaint under _____
(give Title No. etc.)

2. The defendant is __Sweeny a white shirt prison guard at the Cumberland County Prison__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) __I Kenneth W. Duncan Jr.__

3. (CONTINUED) On June 3rd 2018 I was detained at the Cumberland County Prison for refusal DUI. While detained in the Cumberland County Prison, the white shirt prison guard (Sweeny) pepper sprayed me for asking to contact a family member or VA to let someone know of my whereabout. While shackled, Sweeny ask if I was in my feeling, I stated yes because the handcuffs were too tight. While shackled Sweeny sprayed me in the face at point blank rang for no reason.

4. WHEREFORE, plaintiff prays that Sweeny be held accountable for his misconduct and a formal apology.

(Signature of Plaintiff)

3. (CONTINUED) After being detained for 10 plus hours another prison guard came to the holding cell and ask if I was decontaminated, I stated no, she ask If I had something to eat, I said no. The female prison guard stated all I had to do is go through booking and I would of been released between 2-4 hours. I was shacled the entire 10 plus hours also peppered sprayed for no reason at all. Never showed any type of aggression.

4. WHEREFORE, plaintiff prays that _____

_____
(Signature of Plaintiff)